Jeffrey Willis, Esq.
Nevada Bar No. 4797
Tanya N. Peters, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
jwillis@swlaw.com
tpeters@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HECTOR G. HINOJOSA,<br><br>            Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE;<br>EQUIFAX INFORMATION SERVICES, LLC<br><br>            Defendants. | Case No. 2:16-cv-02973-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT** |

It is hereby stipulated by and between Plaintiff Hector G. Hinojosa ("Plaintiff"), through his attorney David Krieger, and Defendant Wells Fargo Bank, N.A ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Plaintiff filed his Complaint on December 23, 2016 (Docket No. 1). Wells was served on January 17, 2017, and its response is due February 6, 2017. In the interest of conserving client and judicial resources, Wells Fargo requests, and Plaintiff agrees, that Wells Fargo shall have until **March 10, 2017**, to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party, but is intended so that the parties may discuss settlement.

Dated January 31, 2017

| HAINES & KRIEGER | SNELL & WILMER L.L.P. |
|---|---|
| By:    */s/ David Krieger*<br>David H. Krieger, Esq.<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff*<br>*Hector G. Hinojosa* | By:    */s/ Tanya N. Peters*<br>Jeffrey Willis (NV Bar No. 4797)<br>Tanya N. Peters (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone:  (702) 784-5200<br>Facsimile:  (702) 784-5252<br><br>*Attorneys for Defendant*<br>*Wells Fargo Bank, N.A.* |

# **ORDER**

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before March 10, 2017.**

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

DATED:  February 1, 2017

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Peters*
Tanya N. Peters, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT** by the method indicated below:

| | | | |
|---|---|---|---|
| _____ | U.S. Mail | _____ | Federal Express |
| _____ | U.S. Certified Mail | ___X___ | Electronic Service |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Overnight Mail | | |

and addressed to the following:

David H. Krieger, Esq.
HANES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

DATED this 31st day of January, 2017.

*/s/ Nissa Riley*
An Employee of Snell & Wilmer L.L.P.

25654475

- 4 -