UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HECTOR G. HINOJOSA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>　　　　　Defendants. | Case No. 2:16-cv-02973-RFB-PAL<br><br>**ORDER**<br><br>(Notc. Settlement – ECF No. 18) |

This matter is before the court on Plaintiff Hector G. Hinojosa's Notice of Settlement (ECF No. 18) between Plaintiff and Defendant Wells Fargo Home Mortgage, filed June 16, 2017. The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days.

Accordingly,

**IT IS ORDERED:** The parties shall have until **August 16, 2017**, to file a stipulation for dismissal, or a joint status report indicating when the stipulation will be filed.

Dated this 26th day of June, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE