David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, HECTOR G. HINOJOSA*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HECTOR G. HINOJOSA,<br><br>  Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE; EQUIFAX INFORMATION SERVICES, LLC,<br><br>  Defendants. | **Case No. 2:16-cv-02973-RFB-PAL**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO WELLS FARGO HOME MORTGAGE ONLY** |

  Plaintiff HECTOR G. HINOJOSA and Defendant WELLS FARGO HOME MORTGAGE hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

…

…

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, WELLS FARGO HOME MORTGAGE**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: July 5, 2017

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ Tanya N. Lewis, Esq. |
| David H. Krieger, Esq. | Tanya N. Lewis, Esq. |
| Nevada Bar No. 9086 | Snell & Wilmer, LLP |
| HAINES & KRIEGER, LLC | 3883 Howard Hughes Parkway |
| 8985 S. Eastern Avenue | Suite 1100 |
| Suite 350 | Las Vegas, NV 89169 |
| Henderson, Nevada 89123 | *Attorney for Defendant WELLS FARGO HOME MORTGAGE* |
| *Attorney for Plaintiff* | |

### ORDER

IT IS SO ORDERED

_____.
RICHARD F. BOULWARE, II
United States District Judge

DATED: July 6, 2017.